

# In the Missouri Court of Appeals
# Eastern District

AUGUST 5, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED99286      STATE OF MISSOURI, RES V KENITH WILSON, APP

2.      ED100367 J.T.C., RES V. M.O., APP

3.      ED100368 M.O., APP V. J.T.C., RES



**WITHDRAWAL:**

1.      ED99286 STATE OF MISSOURI, RES V KENITH WILSON, APP